# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3782

_____

Tawana Jean Cooper,                     *

                            *

          Appellant,          *

                            *   Appeal from the United States

   v.                       *   District Court for the Eastern

                            *   District of Missouri.

Apartment Investment and       *

Management Company,         *   [UNPUBLISHED]

                            *

          Appellee.          *

_____

Submitted: August 11, 2009
Filed: August 18, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Tawana Cooper appeals the district court's[1] order dismissing her civil action for lack of subject matter jurisdiction under the Rooker-Feldman[2] doctrine. Following de novo review, see Riehm v. Engelking, 538 F.3d 952, 964 (8th Cir. 2008), we conclude

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

[2]D.C. Ct. of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923).

the dismissal was proper for the reasons stated by the district court.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____